UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEATHER BERNSTEIN, Individually and on Behalf of all others similarly situated,

    Plainitff

V.          CIVIL ACTION NO. 21-10160-KAR

CONOPCO, INC.,

    Defendant(s)

ORDER OF DISMISSAL

ROBERTSON,    U.S.M.J..

Pursuant to the Memorandum and Order of the Court entered this date, granting the Defendant's Motion to Dismiss the Plaintiff's First Amended Complaint the case is now closed.

By the Court,

June 15, 2022        /s/ Mary Finn

Date          Deputy Clerk

(mef Order Dismissing Case.wpd - 3/18/03)