# United States Court of Appeals
## For the First Circuit

No. 22-1519

HEATHER BERNSTEIN, individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

CONOPCO, INC.,

Defendant - Appellee.

**JUDGMENT**

Entered: December 30, 2022
Pursuant to 1st Cir. R. 27.0(d)

By notice issued December 2, 2022, appellant was notified that she was in default for failure to file an opening brief and appendix. Appellant was warned that unless she filed a brief and appendix by December 16, 2022, her appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief and appendix, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 45.0(a) and 3.0(b).

By the Court:

Maria R. Hamilton, Clerk

cc:
John T. Longo
John Andrew Shope
August T. Horvath