# United States Court of Appeals
## For the First Circuit

No. 22-1519

HEATHER BERNSTEIN, individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

CONOPCO, INC.,

Defendant - Appellee.

**MANDATE**

Entered: January 23, 2023

In accordance with the judgment of December 30, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
August T. Horvath
John T. Longo
John Andrew Shope